IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MARGARET HENSON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEACEHEALTH PEACE HARBOR<br>MEDICAL CENTER,<br><br>　　　　　　　Defendant. | **Case No. 3:23-cv-01101-MK**<br>**ORDER** |

**MCSHANE, Judge:**

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 10), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 10) is adopted in full. Defendant's Motion to Dismiss (ECF No. 5) is GRANTED. Plaintiff's third claim for relief is dismissed. Plaintiff's fourth claim is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 4th day of January, 2024.

　　　　　　　　　　　　　　　　　_____/s/ Michael J. McShane_____
　　　　　　　　　　　　　　　　　　　　Michael McShane
　　　　　　　　　　　　　　　　　United States District Judge

1 –ORDER