IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARGARET HENSON, | Case No. 6:23-cv-01101-AP |
| Plaintiff, | ORDER |
| v. | |
| PEACEHEALTH PEACE HARBOR MEDICAL CENTER, | |
| Defendant. | |

MCSHANE, Judge:

      Magistrate Judge Amy E. Potter filed a Findings and Recommendation (ECF No. 56), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72. Plaintiff Margaret Henson filed objections (ECF No. 58), and the Court reviews the legal principles *de novo. United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). The Court finds no error and concludes the report is correct. Magistrate Judge Potter's Findings and Recommendation

1 – ORDER

(ECF No. 56) is adopted. Defendant's Motion to Strike and Defendant's Motion for Summary Judgment (ECF No. 32) are GRANTED.

IT IS SO ORDERED.

DATED this 13th day of January 2026.

      /s/ Michael McShane
**Michael J. McShane**
**United States District Judge**

2 – ORDER